# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**ALBERTA ROSE JONES**                                                      **PETITIONER**

**v.**            **CASE NO. 4:11cv00305 BSM/JTR**

**UNITED STATES OF AMERICA**                                           **RESPONDENT**

## JUDGMENT

Consistent with the order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, WITHOUT PREJUDICE.

DATED this 25th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE